**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1532**

---

JAMUS BRYANT,

> Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

> Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-02128-LMB-WBP)

---

Submitted:  July 24, 2025                          Decided:  July 29, 2025

---

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jamus Bryant, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamus Bryant seeks to appeal the district court's order denying his motion to recuse the district judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Bryant seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] In his informal reply brief, Bryant asks that this appeal be construed as a petition for a writ of mandamus. Even if we did so, we would find that mandamus relief is unavailable because Bryant's conclusory assertions of bias are insufficient to warrant recusal. *See Belue v. Leventhal*, 640 F.3d 567, 572-73 (4th Cir. 2011); *see also In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (explaining that mandamus petitioner must show "clear and indisputable right to the requested relief" (internal quotation marks omitted)).

2